# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1383
L.T. Case No. 2024-11130-CIDL

_____

ROBERTO MUNOZ-RIVERA,

    Appellant,

    v.

STATE OF FLORIDA AND
SECRETARY OF DEPARTMENT OF
CORRECTIONS,

    Appellees.

_____


On appeal from the Circuit Court for Volusia County.
Kathleen McNeilly, Judge.

Roberto Munoz-Rivera, Mayo, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee, State of Florida.

No Appearance for Appellee, Secretary of Department of Corrections.

July 23, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, KILBANE, and PRATT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---